IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Whitney Dawkins, Jr. ,        )<br>                               )<br>      Plaintiff,              )<br>                               )<br>   vs.                         )<br>                               )<br>CITY AND COUNTY OF             )<br>HONOLULU ZANE HAMRICK,         )<br>Police Officer; BARRY          )<br>TONG,                          )<br>Police Officer; JOHN DOES      )<br>1-10,                          )<br>Police Officers; WINDWARD      )<br>COMMUNITY FEDERAL CREDIT       )<br>UNION,,                        )<br>                               )<br>      Defendants.              )<br>_____ | Civ. No. 10-00086 HG-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 73) AS MODIFIED

Findings and Recommendation (Doc. 73) having been filed and served on all parties on December 17, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 73) are adopted as the opinion and order of this Court, with the following modification:

On page 2, lines 6-7, the phrase "the Statement of

No Opposition filed by the Defendants City and County," shall read instead: "the Statement of No Opposition filed by the Defendants City and County of Honolulu, Barry Tong, and Zane Hamrick,".

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 20, 2011.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge