IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WHITNEY DAWKINS, JR., | CIVIL NO. 10-00086 HG-KSC |
| Plaintiff, | FINDINGS AND RECOMMENDATION TO DENY |
| vs. | PLAINTIFF'S OBJECTION TO DEFENDANTS' BILL OF COSTS AS UNTIMELY |
| CITY AND COUNTY OF HONOLULU; ZANE HAMRICK, Police Officer; BARRY TONG, Police Officer; JOHN DOES 1-10, Police Officers; WINDWARD COMMUNITY FEDERAL CREDIT UNION, | |
| Defendants. | |

FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S
OBJECTION TO DEFENDANTS' BILL OF COSTS AS UNTIMELY

On February 17, 2012, Defendants City and County of Honolulu, Zane Hamrick and Barry Tong (collectively "Defendants") filed an Itemized Bill of Costs. On February 28, 2012, Plaintiff Whitney Dawkins ("Plaintiff") filed a "Memorandum in Opposition to the Defendants Bill of Costs," which the Court construes as Plaintiff's Objection to Defendants' Bill of Costs. Pursuant to Rule 7.2(d) of the Local Rules of Practice of the U.S. District Court for the District of Hawaii

("Local Rules"), the Court finds this matter suitable for disposition without a hearing.

The Court RECOMMENDS that the district court DENY Plaintiff's Objection as untimely.  Local Rule 54.2(d) mandates that objections to Bill of Costs be filed **within seven (7) days** after a Bill of Costs is served.  Local Rule 54.2(d).  Insofar as Defendants filed and served their Bill of Costs on February 17, 2012, Plaintiff was required to file his Objection by February 24, 2012.  Even with the additional three days provided by Federal Rule of Civil Procedure 6(d), Plaintiff's Objection was due no later than February 27, 2012.  Fed. R. Civ. P. 6(d) ("When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).").  Consequently, the Court finds that the Objection filed on February 28, 2012 is untimely and recommends that the Objection be denied on that basis.  The Bill of Costs shall remain with the

clerk and should be addressed in accordance with the provisions set forth in Local Rule 54.2(d).

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, February 29, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 10-00086 HG-KSC; DAWKINS V. CITY AND COUNTY OF HONOLULU, ET AL.; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S OBJECTION TO DEFENDANTS' BILL OF COSTS AS UNTIMELY